1070

[No. 24302-1-I.   Division One.   August 27, 1990.]

WILLIAM M. STRANDRUD, ET AL, *Appellants,* v. NORTHSHORE SCHOOL DISTRICT NO. 417, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-23668-6, Arthur E. Piehler, J., entered May 22, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Pekelis and Forrest, JJ.

[No. 25470-7-I.   Division One.   August 27, 1990.]

GARY P. SMITH, *Respondent,* v. CARLA J. HIGGINSON, *Individually and as Municipal Court Judge,* ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for San Juan County, No. 88-2-05079-2, Howard A. Patrick, J., entered February 8, 1989. *Reversed* by unpublished opinion per Winsor, J., concurred in by Grosse, A.C.J., and Forrest, J.

[No. 23649-1-I.   Division One.   August 27, 1990.]

*In the Matter of the Dependency of J.L.*

PAULINE L., *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-7-00274-8, Edward Heavey, J., entered January 30, 1990. *Reversed* by unpublished opinion per Webster, J., concurred in by Scholfield and Pekelis, JJ.

[No. 20131-0-I.   Division One.   August 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. R.R.B., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-02125-2, Mary Wicks Brucker, J.,

entered March 23, 1987. *Reversed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.

[No. 12211–1–II.  Division Two.  August 30, 1990.]

MICHELLE M. GIBSON, ET AL, *Respondents*, v. THE CITY OF TACOMA, *Respondent*, THE DEPARTMENT OF TRANSPORTATION, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–03201–4, E. Albert Morrison, J., entered July 15, 1988. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ. Now partially published at 60 Wn. App. 26.

[No. 12467–0–II.  Division Two.  August 30, 1990.]

THE ESTATE OF STACIE L. JONES, *Appellant*, v. PORT ANGELES SCHOOL DISTRICT No. 121, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 86–2–00443–5, Gary W. Velie, J., entered December 2, 1988. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 12574–9–II.  Division Two.  August 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE HOWARD ROUSSEL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88–1–00122–4, Milton R. Cox, J., entered October 27, 1988. *Affirmed* by unpublished opinion per